Damon RUTHERFORD, Defendant Below, Appellant,

v.

seized from him").

STATE of Delaware, Plaintiff Below, Appellee.

No. 653, 2015

Supreme Court of Delaware.

Submitted: April 15, 2016

Decided: June 3, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 1312008135 and 1508013143.

AFFIRMED.